# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO:** |
| : | **7:23-CR-65 WLS-TQL-4** |
| **CALVIN JAMES SMITH, JR.,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## **ORDER**

Before the Court is Defendant Calvin James Smith Jr.'s ("Smith Jr.") Notice of Medical Emergency and Request to Be Excused from Attending the Pre-Trial Conference Scheduled for November 13, 2024 (Doc. 549) ("Motion"). Therein, Smith Jr., by and through his counsel Rick D. Collum, notifies the Court that Smith Jr.'s wife is in the intensive care unit of the hospital in Macon, Georgia due to an infection. Mr. Collum advises that according to Smith Jr., his wife is on a feeding tube and Smith Jr. needs to be present at the hospital to make decisions regarding his wife's care. Therefore, Smith Jr. requests that he be excused from attending the Pre-Trial Conference scheduled in this case for November 13, 2024. Mr. Collum will be present at the Pre-Trial Conference.

Based on the foregoing, the Court finds that good cause exits and that Smith Jr. should be excused from attending the November 13, 2024 Pre-Trial Conference. Accordingly, Defendant Smith Jr.'s Motion (Doc. 549) is **GRANTED** and Smith Jr. is excused from attending the November 13, 2024 Pre-Trial Conference in this case. As noted in the Motion, Mr. Collum will attend the Pre-Trial Conference.

**SO ORDERED**, this 13th day of November 2024.

                                                                                **/s/W. Louis Sands**
                                                                                **W. LOUIS SANDS, SR. JUDGE**
                                                                                **UNITED STATES DISTRICT COURT**