# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO:** |
| : | **7:23-cr-65—WLS-ALS-04** |
| **CALVIN JAMES SMITH, JR.,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

On June 23, 2025, the Court held a hearing on the Bench Warrant issued June 17, 2025, directing that the Defendant Calvin James Smith, Jr. ("Smith Jr.") be taken into custody and brought before the Court to explain his failure to appear at the June 17, 2025 Pretrial Conference. (*See* Docs. 787, 788, 789). On the advice of Rick Collum, his counsel, Smith Jr. surrendered himself into custody on June 20, 2025.

For the reasons stated on the record by Smith Jr. and Mr. Collum, and based on statements of Government's counsel that due to Smith Jr.'s history, his wife's illness, and the apparent technical issues with Smith Jr.'s phone, the Government did not object to Smith Jr. being released pending trial on the same conditions as he was originally released.

The Court is satisfied that Smith Jr.'s failure to appear at the June 17, 2025 Pretrial Conference was due to communication problems with Smith Jr.'s phone and for reasons other than an intentional violation of the conditions of Smith Jr.'s pretrial release. Accordingly, Smith Jr. may remain on pretrial release on the same conditions set forth in the Court's Order Setting Conditions of Release (Doc. 264) entered August 24, 2023, with the additional condition that Smith Jr. shall immediately notify Mr. Collum and the United States Probation Office of any problems with Smith Jr.'s phone or other device used for communication so that alternate methods of communication can be arranged.

**SO ORDERED**, this 23rd day of June 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**