IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : <br> : <br> v. : <br> : <br> **CALVIN JAMES SMITH,** *et al.***,** : <br> : <br> **Defendants.** : <br> _____ : | **CASE NO:** <br> **7:23-cr-65–WLS-AGH** |

## **ORDER**

On July 10, 2025, the Court held a telephonic conference regarding the schedule for the specially set trial in this matter beginning Monday, July 14, 2025, at 8:30 a.m. with respect to the four Defendants listed below along with their counsel:

1. Calvin James Smith, Jr. #4 – Counsel Rick Collum
2. Maria Young Graham  #10 – Counsel Keith Fitzgerald
3. Yardley Payne #18 – Counsel Barry Debrow, Jr.
4. Eddie Lee Harley #20 – Counsel Brian Jarrard

Government's Counsel, Monica Daniels, and Defense Counsel listed above were present on the conference call. The Court enters this Order to memorialize the telephonic conference.

As discussed at the June 17, 2025 pretrial conference, it is anticipated that the trial of this matter will take approximately two weeks. Counsel were also notified that following jury selection, the trial will be held from 8:00 a.m. to 2:00 p.m. each day until the jury has heard all evidence and begins deliberations—except that the Court will not hold court on Thursday, July 17, 2025. Rather, because it was unclear what time, or whether, the Valdosta courtroom would be available for the trial on July 17, 2025, the Court will not hold court on that date but will use that date to meet with counsel or take up any matters that needed to be discussed outside of the presence of the jury as this can be done flexibly and in coordination with Chief Judge Gardner's scheduled matters for that date.

The July 10, 2025 conference was held so the Court could address an issue with respect to one of the Government's forensic chemists, Mr. Jamison, who it was believed was only available to testify on Thursday, July 17, 2025. After discussion and Ms. Daniels's contacting

1

Mr. Jamison, it has been resolved that Mr. Jamison will be available to testify at the trial on Wednesday, July 16, 2025, and his testimony will be taken out of order. The Court anticipates that the parties will work together to accommodate each other when necessary and appropriate to permit witnesses to testify out of order to accommodate such witnesses or parties. The Court will instruct the jury in that regard where appropriate or necessary.

**SO ORDERED**, this 10th day of July 2025.

<u>/s/ W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**